UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA DIVISION

JESSE A. SHERROD, III
and DEBORAH J. SHERROD,

    Plaintiffs

vs.                      CASE NO.: _____

SUNTRUST MORTGAGE, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

    Defendant SunTrust Mortgage, Inc. (hereinafter "SunTrust") gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 that this action is hereby removed from the State Court of Pasco County, State of Florida, to the United States District Court for the Middle District of Florida, Tampa Division. As grounds for this removal, SunTrust represents:

    1.    On or about April 17, 2018, Plaintiff commenced an action against SunTrust in the Circuit Court of the Sixth Judicial Court in and for Pasco County, State of Florida, styled "*Jesse A. Sherrod, III and Deborah J. Sherrod v. SunTrust Mortgage, Inc.*" pending as case no. 2018-CA-001117 CAAXWS (the "State Court Action"). The Complaint and Summons in the State Court Action (as well as the docket) are attached to this Notice of Removal as "Exhibit A."

    2.    On April 26, 2018, SunTrust was served with a copy of the Complaint and Summons in the State Court Action. *See* Exhibit A.

    3.    Prior to filing this Notice of Removal, SunTrust made no answer or pleading in the State Court Action. This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Tampa Division, within thirty days of SunTrust's receipt through

service of a copy of the initial pleading setting forth the claim for relief upon which the State Court Action is based. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b)(1). The Circuit Court of Pinellas County, Florida, is within this Court's district and division; therefore, the State Court Action is properly removable to this Court under 28 U.S.C. § 1441(a).

4. Plaintiff's Complaint alleges a cause of action under the Telephone Consumer Protection Act (the "TCPA"), and particularly 47 U.S.C. § 227(b)(1)(A). Removal of Plaintiff's claim under the TCPA to this Court is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction over TCPA claims pursuant to 28 U.S.C. § 1331 (federal question jurisdiction). *See Mims v. Arrow Fin. Servs.*, LLC, 132 S.Ct. 740, *753 (stating federal courts have federal question jurisdiction over claims that arise under the TCPA). The Court has supplemental jurisdiction over Plaintiff's Florida Consumer Collection Practices Act ("FCCPA") because the FCCPA claims are so related to the TCPA claim that they form part of the same case or controversy under Article III of the United States Constitution. *See* 28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal has or will timely be filed with the Circuit Court of Pinellas County, Florida, and a written notice of this removal has or will be served on Plaintiff.

6. If any questions arise as to the propriety of the removal of this action, SunTrust requests the opportunity to present a brief and oral argument in support of its position that this cause is removable. SunTrust reserve all defenses, including but not limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and does not waive said defenses by the filing of this Notice of Removal.

7.  In addition to the Docket, Complaint, and Summons, attached are copies of all additional documents filed in the Circuit Court of Pasco County, Florida:

Exhibit B — Plaintiff's First Request for Admissions Directed to Defendant, SunTrust;

Exhibit C— Plaintiff's First Request for Production of Documents Directed to Defendant, SunTrust.

Exhibit D — Plaintiff's Notice of Service of First Set of Interrogatories to Defendant, SunTrust.

WHEREFORE, SunTrust Mortgage, Inc. respectfully requests that the State Court Action be removed to this Court.

Respectfully submitted on this 24th day of May, 2018

Respectfully submitted,

*/s/Alexandra de Alejo*
Alexandra de Alejo, Esq.
Florida Bar No. 43108
Alexandra.dealejo@gray- robinson.com
GRAY ROBINSON, P.A.
333 SE 2nd Ave.
Suite 3200
Miami, Florida 33131
(305) 416-6880/(305) 413-6887 (fax)
*Attorney for SunTrust Mortgage*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __24th__ day of May, 2018, I electronically filed the foregoing document with the Clerk of the Courts by CM/ECF. I also certify that the foregoing document is being served this date on the following counsel of record in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Rebbecca A. Goodall, Esq.
Andrew M. Lyons, Esq.
The Lyons Law Group, P.A.
4103 Little Road
New Port Ritchey, FL 34655
Pleadings@lyonslawgroup.com
*Attorneys for Plaintiffs*

             /s/ Alexandra de Alejo, Esq.
             Attorney