UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSE A. SHERROD, III and
DEBORAH J. SHERROD,

                                   Case No. 8:18-cv-1254-T-26CPT

    Plaintiffs,

v.

SUNTRUST MORTGAGE, INC.,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated and agreed, by and between the Plaintiffs, **JESSE A. SHERROD, III and DEBORAH J. SHERROD**, and Defendant, **SUNTRUST MORTGAGE, INC.,** (collectively, the "Parties"), by and through their undersigned attorneys, to dismiss all claims in this action with prejudice due to a settlement in this matter, with each party to bear its own costs and fees.

| **THE LYONS LAW GROUP, P.A.** | **GRAY ROBINSON, P.A.** |
|---|---|
| 4103 Little Road | 333 SE 2nd Ave, Suite 3200 |
| New Port Richey, FL 34655 | Miami, Florida 33131 |
| Tel: (727) 375-8900 | Tel: (305) 416-6880 |
| | |
| */s/ Rebbecca A. Goodall* | */s/ Alexandra de Alejo* |
| By: Rebbecca A. Goodall | By: Alexandra de Alejo |
| Bar # 0115344 | Bar # 043108 |
| Email: rgoodall@lyonslawgroup.com | Email: Alexandra.dealejo@gray-robinson.com |
| Date: 4/17/19 | Date: 4/17/2019 |